COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Allyson Claire Melancon Prejean
Attorney at Law
P. O. Box 2433
Lafayette LA 70502

**REHEARING ACTION: July 16, 2012**

**Docket Number: 12   00775-JWC**

**STATE OF LOUISIANA IN THE INTEREST OF A. H. & L. H.**

**Writ Application from Lafayette Parish Case No. JC 2012-683**

**BEFORE JUDGES**:

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. John D. Saunders**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **S. H. and H. H.** has this day been

> **DENIED AS MOOT.**

cc: Michelle Breaux, Counsel for the Applicant
    Kimberly Latigue Arvie, Counsel for  the Respondent